## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUSAN B. NISSENBAUM, | ) | 3:11-cv-00253-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 21, 2012 |
| | ) | |
| NAMCAL, L.L.C., a Nevada Limited Liability Company, d.b.a., THE CAL NEVA RESORT SPA & CASINO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>    KATIE OGDEN    </u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the Court is the parties' Joint Discovery Plan and Scheduling Order (Doc. #49). The court rejects the proposed discovery plan and scheduling order (Doc. #49) as it is not in compliance with Local Rule 26-1.

The parties shall file an amended Joint Discovery Plan and Scheduling Order that is in compliance with L.R. 26-1 **within ten (10) days of the date of this order.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>       /s/              </u>
     Deputy Clerk