UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SUSAN B. NISSENBAUM, | ) | 3:11-cv-00253-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 21, 2012 |
| | ) | |
| NAMCAL, L.L.C., a Nevada Limited Liability Company, d.b.a., THE CAL NEVA RESORT SPA & CASINO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE OGDEN         REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is the parties' Joint Discovery Plan and Scheduling Order (Doc. #49). The court rejects the proposed discovery plan and scheduling order (Doc. #49) as it is not in compliance with Local Rule 26-1.

The parties shall file an amended Joint Discovery Plan and Scheduling Order that is in compliance with L.R. 26-1 **within ten (10) days of the date of this order.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk